**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

|  |  |
|---|---|
| GAMES WORKSHOP LIMITED, | |
| Plaintiff, | Civil Action No. 1:10-cv-00787-WDQ |
| v. | |
| CURSE, INC. *et al.*, | |
| Defendants. | |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, that pursuant to Fed. R. Civ. P. 41, this action is dismissed as against Quantam Equity S.A. and Curse, Inc. with prejudice and without costs or attorneys' fees to any party. Pursuant to Fed. R. Civ. P. 41, this action is dismissed as against Yves Thieblot without prejudice and without costs or attorneys' fees to any party.  The Court shall retain jurisdiction to enforce the parties' settlement.

Dated: September 23, 2010

/s/  Benjamin R. Dryden
Benjamin Dryden (Bar No. 29067)
Foley & Lardner LLP
3000 K Street, N.W., Suite 600
Washington, D.C. 20007
Telephone: (202) 945-6128
Facsimile: (202) 672-5399
E-mail: bdryden@foley.com

Jonathan E. Moskin
Foley & Lardner LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
E-mail: jmoskin@foley.com

 /s/ Kevin F. Arthur
Kevin F. Arthur (Bar No. 05530)
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
Telephone: (410) 752-6030
Facsimile: (410) 539-1269
E-mail: karthur@kg-law.com

*Attorneys for Plaintiff Games Workshop Limited*    *Attorney for Defendants Curse, Inc. and Quantam Equity S.A.*

SO ORDERED:

_____

    Hon. _____
    U.S.D.J.

WASH_7370183.1